UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAUDIA BORNGEN,
an individual,

        Plaintiff,

v.

FIA CARD SERVICES, N.A.,
a national association, and

BANK OF AMERICA, N.A.,
a national association,

        Defendant(s).
_____/

Case No.: 8:09-cv-00955-SCB-TBM

## NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW,** Plaintiff, Claudia Borngen, by and through her undersigned counsel, and hereby files this, her Notice of Settlement and Voluntary Dismissal without Prejudice in the above styled action against Defendants, FIA Card Services, N.A. and Bank of America, N.A. (hereinafter collectively "Defendants"). The settlement is a complete resolution of all claims alleged against Defendants in Complaint. By agreement with Defendants, each party is to bear their own attorneys' fees and costs.

In the event Defendants do not comply with the terms set forth in the Settlement Agreement entered into by the parties, Plaintiff reserves the right to re-open the above styled case against Defendants and proceed forward with litigation.

DATED this 19th day of June 2009.

Respectfully Submitted,

**LEAVENGOOD & NASH, P.A.**

/s/ Ian R. Leavengood
**Ian R. Leavengood, Esq. FBN 0010167**
2958 First Avenue North
St. Petersburg, FL 33713
Phone: (727) 327-3328 / Fax: (727) 327-3305
ileavengood@leavenlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing, *Notice of Settlement and Voluntary Dismissal without Prejudice* has been furnished either by US Mail or electronically this 19th day of June 2009 to:

Melissa M. Walls
Attorney Liaison - Legal
Bank of America
DE5-013-02-02
655 Paper Mill Rd.
Newark, DE 19711

Barbara J. Leach, Esq.
Foley & Lardner, LLP
111 North Orange Avenue, Suite #1800
Orlando, FL 32801


/s/ Ian R. Leavengood
Attorney